IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| WILLIAM IRVING, Register No. 182906, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4262-CV-C-NKL |
| | ) | |
| JENNIFER F. BEHM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 8, 2006, plaintiff William Irving, an inmate confined in a Missouri penal institution, commenced this case under the Civil Rights Act of 1871, 42 U.S.C. § 1983, and its corresponding jurisdictional statute, 28 U.S.C. § 1343.

Plaintiff has now filed a voluntary motion to dismiss his claims. Because no defendants have been served in this action, plaintiff's motion is granted.

IT IS ORDERED that plaintiff's motion to voluntarily dismiss his claims is granted, pursuant to Fed. R. Civ. P. 41(a). [10]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 11, 2007
Jefferson City, Missouri